[No. 17224-7-I. Division One. May 4, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v.
WILLIAM A. JACOBSEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-00282-9, Rosselle Pekelis, J., entered September 9, 1985. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Ringold and Coleman, JJ.

[No. 17134-8-I. Division One. May 4, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v.
ALAN ROSS ALEXANDER, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85-1-00191-0, Dennis J. Britt, J., entered September 4, 1985. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Coleman and Pekelis, JJ.

[No. 17928-4-I. Division One. May 4, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v.
ALFRED C. BELZER, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85-1-00787-0, John E. Rutter, Jr., J., entered January 21, 1986. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Swanson and Pekelis, JJ.